■ In the Matter of ANGELO A. RINALDI, a Suspended Attorney, Resignor. [801 NYS2d 170]—Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ In the Matter of DAVID R. WENDT, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [801 NYS2d 170]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ In the Matter of KAREN E. MEINZER, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [801 NYS2d 171]—Order of suspension entered. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ In the Matter of MARK S. OGDEN, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [801 NYS2d 224]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or respond to the order to show cause constitutes a default. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ In the Matter of JAMES J. MORAN, an Attorney, Resignor. [801 NYS2d 169]—Voluntary resignation accepted and name removed from roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.

■ In the Matter of DANIEL WAYNE POZEFSKY, an Attorney, Resignor. [801 NYS2d 169]—Voluntary resignation accepted and name removed from roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.

■ In the Matter of DEBORAH GOODWIN, an Attorney, Resignor. [801 NYS2d 170]—Voluntary resignation accepted and name removed from roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.

■ In the Matter of ROBERT G. GIUNTA, an Attorney, Resignor. [801 NYS2d 169]—Voluntary resignation accepted and name removed from roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.